JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>WORLDMARK, THE CLUB,<br><br>Defendant. | Case No: 5:20-cv-2194 -JWH-KKx<br><br>**ORDER** |

Upon Joint Motion and good cause shown,

**IT IS HEREBY ORDERED** that the above case is **DISMISSED** with prejudice, with each party to bear her or its own fees and costs.

DATED this 19th day of January, 2021.

_____
Hon. John W. Holcomb
U.S. District Judge